# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK SANNOH,**          **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **HORIZON HOUSE, INC.,**          **Defendant.** | **NO. 16-5233** |

## O R D E R

**AND NOW**, this 19th day of September, 2017, upon consideration of Defendant Horizon House, Inc.'s Motion for Summary Judgment (ECF No. 13), the Plaintiff's Response in Opposition thereto (ECF No. 19), and Defendant Horizon House Inc.'s Reply (ECF No. 20), **IT IS HEREBY ORDERED** that the motion for summary judgment is **GRANTED IN FULL**.

The Clerk of Court is directed to **CLOSE** this case.

                                        **BY THE COURT:**

                                        **/s/Wendy Beetlestone, J.**

                                        **WENDY BEETLESTONE, J.**